IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02593-PAB-KLM

PANDAW AMERICA, INC., and
PAUL G. STRACHAN,

     Plaintiffs,

v.

PANDAW CRUISES INDIA PVT. LTD.,
EXOTIC JOURNEYS PVT. LTD, conspirator participant entity,
EXOTIC HOSPITALITY PVT. LTD, conspirator participant entity,
GAJRAJ WILDLIFE RESORTS PVT, LTD, conspirator participant entity,
HERITAGE RIVER CRUISES, conspirator participant entity,
RAJ SINGH, conspirator participant individual,
ATTAR SINGH, conspirator participant individual,
GAJENDRA SINGH, conspirator participant individual,
VISHNU SINGH SINSINWAR, conspirator participant individual,
ASHRAFI DEVI, conspirator participant individual,
SANJAY SAHAY, conspirator participant individual,
ATUL BHATT, conspirator participant individual,
VARIOUS PANDAW INTERNET DOMAIN PROPERTIES, *in rem*,
www.bengalpandaw.com, www.pandaw.in, www.pandawcruisesindia.com, and
JOHN DOE(S), individuals, entities, and properties inclusively,

     Defendants.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiffs' **Unopposed Motion to Suspend Order and Convert Scheduling/Planning Conference** [Docket No. 6; Filed December 13, 2010] (the "Motion").  Due to issues relating to service of the case on foreign parties and entities, Plaintiffs request that the Scheduling Conference set for January 11, 2011, and associated deadlines, be vacated and that a telephonic status conference be held to apprise the Court of service efforts.

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part and DENIED in part**.  To the extent that Plaintiffs request that the January 11, 2011 Scheduling Conference and associated deadlines be vacated, the Motion is **granted**.  The Motion is **denied** in all other respects.

IT IS FURTHER **ORDERED** that the Scheduling Conference set for January 11, 2011 at 10:00 a.m. is **vacated**.  No status conference is necessary; however, it would not serve the Court's or the parties' interests to suspend the case indefinitely.  Accordingly,

IT IS FURTHER **ORDERED** that the Scheduling Conference is **RESET** to **March 21, 2011 at 10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures. Deadline for submission of the proposed scheduling order is on or before **March 16, 2011**.

Parties shall submit a brief Confidential Settlement Statement to Mix_Chambers@cod.uscourts.gov. on or before **March 16, 2011**.  Parties not participating in ECF shall submit their confidential settlement statement, on paper by delivering to the office of the Clerk of the Court or by mailing directly to Magistrate Judge Mix at the Byron G. Rogers U.S. Courthouse.  The envelopes shall be marked "Private per Magistrate Judge Mix' Orders."

Anyone seeking entry into the Byron G. Rogers United States Courthouse must show valid photo identification.  *See* D.C.COLO.LCivR 83.2(B).

Dated:  December 14, 2010