**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No.  10-cv-02593-WJM-KLM

PANDAW AMERICA, INC., and
PAUL G. STRACHAN,

       Plaintiffs,

v.

PANDAW CRUISES INDIA PVT. LTD.,
EXOTIC JOURNEYS PVT. LTD, conspirator participant entity,
EXOTIC HOSPITALITY PVT. LTD, conspirator participant entity,
GAJRAJ WILDLIFE RESORTS PVT, LTD, conspirator participant entity,
HERITAGE RIVER CRUISES, conspirator participant entity,
RAJ SINGH, conspirator participant individual,
ATTAR SINGH, conspirator participant individual,
GAJENDRA SINGH, conspirator participant individual,
VISHNU SINGH SINSINWAR, conspirator participant individual,
ASHRAFI DEVI, conspirator participant individual,
SANJAY SAHAY, conspirator participant individual,
ATUL BHATT, conspirator participant individual,
VARIOUS PANDAW INTERNET DOMAIN PROPERTIES, in rem,
www.bengalpandaw.com, www.pandaw.in, www.pandawcruisesindia.com, and
JOHN DOE(S), individuals, entities, and properties inclusively,

       Defendants.

---

**ORDER DIRECTING JOINT STATUS REPORT**

---

THIS MATTER comes before the Court on reassignment to Judge William J.

Martínez.

The parties are directed to confer and to file, on or before **February 28, 2011**, a

Joint Status Report, not to exceed 4 pages in length, exclusive of signature blocks.  This

filing deadline and page limitation will not be extended or increased.  If represented by

counsel, Plaintiff(s) are responsible for preparing the initial draft of the Report.

Otherwise, the initial draft will be prepared by Defendant(s).  The Joint Status Report

shall provide the following information:

**A.    Identification of All Counsel**

List all counsel of record in this case, as well as all other counsel who have not

entered their appearance but who are "of counsel" or in some other capacity

representing the interests of one of more parties in this action.

**B.    Nature of the Case**

1.    A brief summary of the nature of the claim(s) and defenses (including

counterclaim(s), if any) in the case;

2.    A brief summary of the principal legal and factual issues in the case; and

3.    If contested, the basis for federal jurisdiction.

**C.     Proceedings to Date**

1.    Summary and date of all substantive rulings (including important discovery

rulings); and

2.    Description of all pending motions, including date of filing and briefing

schedule; as well as all scheduled hearings or oral arguments.

**D.    Final Trial Preparation Conference and Trial**

1.    If a Final Trial Preparation Conference has already taken place, any

unusual issues or disputes which arose at the conference, and, in particular, any such

issue or dispute still requiring Court attention; and

2.    Whether a trial date has been set, and if so: (a) the trial date; (b) the

number of days allocated for trial; and (c) whether it is to be a jury or bench trial.

**E.      Settlement**

Summarize settlement discussions held to date, as well as the parties' current

plans, if any, to undertake additional settlement efforts in the future.

**F.      Other Matters**

To the extent not otherwise discussed above, any issue or dispute in the case

which one or more of the parties believes should be brought to the Court's attention at

this time.

It is SO ordered.

Dated February 18, 2011.

BY THE COURT:


s/ *William J. Martínez*
United States District Judge