IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02593-WJM-KLM

PANDAW AMERICA, INC., and
PAUL G. STRACHAN,

      Plaintiffs,

v.

PANDAW CRUISES INDIA PVT. LTD.,
EXOTIC JOURNEYS PVT. LTD, conspirator participant entity,
EXOTIC HOSPITALITY PVT. LTD, conspirator participant entity,
GAJRAJ WILDLIFE RESORTS PVT, LTD, conspirator participant entity,
HERITAGE RIVER CRUISES, conspirator participant entity,
RAJ SINGH, conspirator participant individual,
ATTAR SINGH, conspirator participant individual,
GAJENDRA SINGH, conspirator participant individual,
VISHNU SINGH SINSINWAR, conspirator participant individual,
ASHRAFI DEVI, conspirator participant individual,
SANJAY SAHAY, conspirator participant individual,
ATUL BHATT, conspirator participant individual,
VARIOUS PANDAW INTERNET DOMAIN PROPERTIES, *in rem*,
www.bengalpandaw.com, www.pandaw.in, www.pandawcruisesindia.com, and
JOHN DOE(S), individuals, entities, and properties inclusively,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Defendants' Motion for Telephonic Appearance** [Docket No. 53; Filed January 24, 2012] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Counsel for Defendants may appear by telephone at the Scheduling Conference set for February 16, 2012, at 10:30 a.m. All counsel appearing by telephone must first conference together and then call Chambers on a single line at (303) 335-2770.

      The Court notes that to date, Alexander Anolik is the only counsel of record identified on the docket for Defendants.

      Dated: January 25, 2012