IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02593-WJM-KLM

PANDAW AMERICA, INC., and
PAUL G. STRACHAN,

      Plaintiffs and Counter-Defendants,

v.

GAJENDRA SINGH, conspirator participant individual, and
SANJAY SAHAY, conspirator participant individual,

      Defendants,

PANDAW CRUISES INDIA PVT. LTD.,
EXOTIC JOURNEYS PVT. LTD, conspirator participant entity,
EXOTIC HOSPITALITY PVT. LTD, conspirator participant entity,
GAJRAJ WILDLIFE RESORTS PVT. LTD, conspirator participant entity,
HERITAGE RIVER CRUISES, conspirator participant entity,
RAJ SINGH, conspirator participant individual, and
VISHNU SINGH SINSINWAR, conspirator participant individual,

      Defendants, Counterclaimants, and Third-Party Plaintiffs,

v.

PANDAW CRUISES PTE. LTD., SINGAPORE,

      Third-Party Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the **Second Motion for Telephonic Appearance** [Docket No. 85; Filed March 26, 2013] (the "Motion") submitted by Alexander Anolik, counsel for Defendants, Counterclaimants and Third-Party Plaintiffs Pandaw Cruises India Pvt. Ltd., Exotic Journeys Pvt. Ltd., Exotic Hospitality Pvt. Ltd., Gajraj Wildlife Resorts Pvt. Ltd., Heritage River Cruises, Raj Singh and Vishnu Singh Sinsinwar.

Counsel requests that he be allowed to appear telephonically for the Final Pretrial Conference on April 1, 2013 at 9:30 a.m.  Counsel, however, represents in the Motion that

*Pro Se* Plaintiff Strachan, who has a Scotland address, has not responded to counsel's attempts to confer regarding this Motion. [#85] at 3.[1]   Moreover, counsel "believes that there is very little chance Plaintiff Strachan will be attending the conference as Plaintiff has been completely unresponsive since his previous attorneys withdrew on 8/13/12, and has informed third parties that he has 'abandoned' his U.S. litigation." [#85] at 2.   The Court sees no reason to proceed with a Final Pretrial Conference when, according to counsel's representations, it is highly unlikely that Plaintiff will appear.   Accordingly,

IT IS HEREBY **ORDERED** that the Final Pretrial Conference set for April 1, 2013 at 9:30 a.m. is **VACATED**.   Issued simultaneously with this Order is an Order to Show Cause directing Plaintiff to show why his claims should not be dismissed for failure to prosecute.

IT IS FURTHER **ORDERED** that the Motion [#85] is **DENIED AS MOOT**.

Dated:  March 29, 2013

---

[1] *Pro Se* Plaintiff Strachan is the only remaining Plaintiff in this action since Plaintiff Pandaw America, Inc., filed a Stipulation for Dismissal with Prejudice [#74] on January 11, 2013.