**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-2593-WJM-KLM

PAUL G. STRACHAN,

    Plaintiff and Counter-Defendant,

v.

GAJENDRA SINGH, conspirator participant individual, and
SANJAY SHAY, conspirator participant individual,

    Defendants.

PANDAW CRUISES INDIA PVT. LTD.,
EXOTIC JOURNEYS PVT. LTD, conspirator participant entity,
EXOTIC HOSPITALITY PVT. LTD, conspirator participant entity,
GAJRAJ WILDLIFE RESORTS PVT. LTD, conspirator participant entity,
HERITAGE RIVER CRUISES, conspirator participant entity,
RAJ SINGH, conspirator participant individual, and
VISHNU SINGH SINSINWAR, conspirator participant individual,

    Defendants, Counterclaimants, and Third-Party Plaintiffs,

v.

PANDAW CRUISES PTE. LTD., SINGAPORE

    Third-Party Defendant.

---

**ORDER ADOPTING MAY 6, 2013 RECOMMENDATION OF MAGISTRATE JUDGE
AND DISMISSING PLAINTIFF'S CLAIMS PURSUANT TO FED. R. CIV. P. 41(b)**

---

This matter is before the Court on the May 6, 2013 Recommendation of United States Magistrate Judge Kristen L. Mix (the "Recommendation") (ECF No. 90) that Plaintiffs' claims be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b). The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 90 at 8.) Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been filed by either party.

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1)   The Magistrate Judge's Recommendation (ECF No. 90) is ADOPTED in its entirety;

(2)   Plaintiffs' claims are hereby DISMISSED WITH PREJUDICE for failure to prosecute; and

(3)   Not later than June 12, 2013, Defendants, Counter-claimants, and Third-Party Plaintiffs shall file a Status Report indicating whether they intend to continue to pursue their claims against Counter-Defendant Paul Strachan and Third-Party Defendant Pandaw Cruises, Pte., Ltd., Singapore or whether they will seek dismissal of these claims.

Dated this 4th day of June, 2013.

BY THE COURT:

William J. Martinez
United States District Judge